**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT**

**In the Matter of**:  }
}  Case No. 17-30447
Thomas S. Cook }
}
}  Chapter 13
**Debtor(s)** }  Judge Daniel Opperman

_____

Thomas S. Cook

                      Plaintiff

Adv. Pro. No:

vs.

Partners for Payment Relief DE II, LLC

                      Defendant(s)

_____

**COMPLAINT TO AVOID SECURITY INTEREST IN REAL PROPERTY LOCATED
AT 3364 CLEMENT STREET, FLINT, MI 48504 AND
TO DISALLOW CLAIM IN TOTAL**

Plaintiff, by and through his attorney, Alan D. Walton, now comes and states the following complaint:

   1. Plaintiff (hereinafter "Debtor" brings this complaint pursuant to 11 U.S.C. §506, and submits to jurisdiction of this Court through Fed. R. Bankr. P §7001 and §7004. This is a core proceeding.

   2. Debtor filed a Voluntary Chapter 13 petition with this court on February 27, 2017.

   3. The Debtor's principle residence (hereinafter "Property") is located at 3364 Clement Street, Flint Township, Genesee County, Michigan, legally described as: Lots 307, 308, and 309 of Dayton Heights, according to the recorded plat thereof as recorded in Plat Book 9, Page 7, Genesee County Records.

   4. The Property is subject to a first mortgage dated September 22, 2003, in the initial amount of $65,500.00. The original Mortgagee was Lendsource, Inc. and the mortgage is recorded at instrument

number 200310140137445, Genesee County Records. The first mortgage is currently being serviced by SN Servicing Corporation whose most recent statement shows an outstanding principal balance of $57,870.45. as of March 1, 2017. The Debtor is current on this mortgage.

5. The Property is subject to a second mortgage dated February 27, 2004, in the initial amount of $27,000.00. The original mortgagee was Homecomings Financial Network, Inc. and the mortgage is recorded at instrument number 200403080028490, Genesee County Records. The second mortgage was ultimately assigned to Defendant, Partners for Payment Relief DE II, LLC which filed Claim 2 in the chapter 13 case. Defendant claims an outstanding balance due of $56,164.07 as of the date of filing. Debtor has made no payment on this mortgage since 2008, Claim 2 acknowledges the last payment received was the September 2008 payment. This debt was discharged in Debtor's 2011 Eastern District of Michigan chapter 7 bankruptcy, case number 11-35663.

5. The Property has a current value of $42,200.00 based on twice the State Equalized Value. Debtor believes its actual market value is $21,000.00 based on his market analysis of nearby recent home sales and current listings.

6. Based on the either of the above amounts, there is substantial negative equity due to the first mortgage balance due of $57,870.42. Defendant therefore has a wholly unsecured claim which may be stripped from the Debtor's Property pursuant to 11 U.S.C. §1322.

7. Debtor is entitled to avoid the claimed security interest of Defendant Partners for Payment Relief DE II, LLC as to the second mortgage on the Debtor's property under the provisions of 11 U.S.C. §506, as the Defendant's second mortgage lien is not an "allowed secured claim" as defined by the Code and applicable case law.

8. As such, the Defendant does not have a valid lien or security interest as to the second mortgage on the property at 3364 Clement Street, Flint, Michigan, and should therefore be treated as a general unsecured creditor.

9. The Michigan six year contract statute of limitation, MCL 600.5807, has run on Defendant's claim, as well as it having been discharged, so Defendant is therefore not entitled to payment as an unsecured creditor.

10. The interests of good faith and justice support the requested relief.

WHEREFORE, Debtor requests that this Honorable court to:

Determine the value of the Property is insufficient to support the Defendant's secured claim.

Order the Defendant Partners for Payment Relief DE II, LLC's to release and discharge the mortgage secured by its mortgage and record such discharge with the Genesee County Register of Deeds.

Find the previous discharge and statute of limitations are sufficient to deny any unsecured portion of Defendant Claim, and deny same.

Dated: April 4, 2017

Respectfully Submitted,

/s/ *Alan D. Walton*
8070 Main Street
Birch Run, Michigan  48415
Telephone:  989-624-4050
Facsimile:  989-244-6290
alandwalton@sbclgobal.net
P31786